UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GREENFRUIT AVOCADOS, LLC,
                             Plaintiff,

                     24 Civ. 6939 (LGS)

          -against-

                     ORDER

STARR INDEMNITY AND LIABILITY
COMPANY et al,
                           Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the order dated September 16, 2024, required the parties to file a proposed case management plan and joint letter by October 2, 2024;

    WHEREAS, the initial pretrial conference is currently scheduled for October 9, 2024, at 4:00 P.M.;

    WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

    **ORDERED** the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **October 4, 2024**.

Dated: October 3, 2024
       New York, New York

                                               LORNA G. SCHOFIELD
                                     UNITED STATES DISTRICT JUDGE