> Application **GRANTED** in part.  The initial pretrial conference scheduled for October 16, 2024, is adjourned to **November 13, 2024**, at 4:00 P.M. At that time, the parties shall call 888-363-4749 and use the access code 558-3333.  The parties' deadline to file the joint letter and proposed case management plan is extended to **November 6, 2024**.
>
> Dated: October 8, 2024
>        New York, New York
>
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

<u>**VIA ECF**</u>
Hon. Lorna G. Schofield
District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *GreenFruit Avocados, LLC*
      *v. Starr Indemnity and Liability Company, et al.*
      Docket No.:   24-cv-06939-LGS
      Our File No.: 28000348

Dear Judge Schofield:

    We represent Defendant Starr Indemnity and Liability Company in the above-referenced matter as New York counsel.  It has come to our attention that the Court's recent orders [Doc. Nos. 22 and 23] were sent to California counsel, and we discovered these orders during an incidental search of the docket earlier today. We were updated to your most recent order as of this afternoon [Doc. No. 24], and we apologize for the unintentional delay in complying with the requirements set forth in the original order.

    After forwarding the orders to Plaintiff's counsel, they confirmed they were also not aware of the orders and Plaintiff is currently searching for New York counsel as this matter was transferred to the United States District Court for the Southern District of New York from the Central District of California by order on September 13, 2024. We also called Plaintiff's counsel today to discuss the issue of the orders, as the deadline to file the proposed Case Management Plan had passed. Further, compliance with your order of today does not appear possible at this time, because Plaintiff has yet to retain counsel authorized to practice law in the United States District Court for the Southern District of New York.

October 7, 2024
Page 2

      Given the circumstances and the expiration of the Court's original deadline, and in accordance with your Individual Rules and Procedures for Civil Cases, Rule 3, the parties jointly submit this letter-motion requesting an additional 27-day adjournment of the currently scheduled Initial Conference to allow Plaintiff to retain local counsel and to provide counsel for the parties' sufficient time to confer and submit the required joint filings to the Court.

- Original Conference Date:   October 9, 2024, at 4:00 P.M.
- Court Modified Date:   October 16, 2024, at 4:00 P.M.
- Proposed New Date:   November 12, 2024, at 4:00 P.M.

      This motion is made on the consent of both parties. Further, neither party has submitted a previous request for adjournment or extension of Court imposed deadlines.

      We appreciate the Court's consideration of this request and stand ready to provide any additional information as needed.

      Respectfully submitted,

      NICOLETTI HORNIG & SWEENEY

By: *[signature]*
      John A.V. Nicoletti

JAVN/dks

**cc (via e-mail):**

Sharon Yuen, Esq.
CALLAHAN & BLAINE, APLC
*Attorneys for Plaintiff*
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA 92707
Syuen@callahan-law.com