UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
GREENFRUIT AVOCADOS, LLC,                                   :
                              Plaintiff,                    :
                                                            :    24 Civ. 6939 (LGS)
              -against-                                     :
                                                            :        ORDER
                                                            :
STARR INDEMNITY AND LIABILITY                               :
COMPANY et al.,                                             :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for November 13, 2024;

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

**ORDERED** that the November 13, 2024, initial pretrial conference is **CANCELED**.  If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated.

**ORDERED** that the case management plan and scheduling order will issue in a separate order.  An additional month from the Court's usual fact discovery period is provided to allow for discovery from third-party witnesses that may be overseas, but the parties should work diligently to issue third-party subpoenas.  No discovery extension will be granted absent a showing of diligence and compelling circumstances outside the parties' control.  In the forthcoming scheduling order, the parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

**ORDERED** that if Defendant(s) seek to file a motion to dismiss, they shall file a pre-

motion letter pursuant to Individual Rules III.A.1 and III.C.2.  It is further

**ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a <u>joint</u> letter on ECF requesting a referral.

Dated:  November 6, 2024
       New York, New York

                                            **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**